**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**Western Division**

FILED BY _~~~~_ D.C.

05 SEP 16  AM 10: 39

**UNITED STATES OF AMERICA**

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
**-vs-**

Case No. 2:01cr20043-MI

**FERLANDIS U. HEROD**

---

## ORDER OF DETENTION PENDING TRIAL

### FINDINGS

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing was not

held.  The following facts and circumstances require the defendant to be detained pending trial.

> The defendant is not currently eligible for release due to pending matters in another
> jurisdiction; to wit, the defendant is serving a sentence from another case.

### DIRECTIONS REGARDING DETENTION

**FERLANDIS U. HEROD** is committed to the custody of the Attorney General or his designated
representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or
serving sentences or being held in custody pending appeal.  **FERLANDIS U. HEROD** shall be afforded a reasonable
opportunity for private consultation with defense counsel.  On order of a Court of the United States or on request of an
attorney for the government, the person in charge of the corrections facility shall deliver the Defendant to the United
States marshal for the purpose of an appearance in connection with a Court proceeding.

Date:    September 16, 2005

_Diane K. Vescovo_
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __9-16-05__



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 29 in case 2:01-CR-20043 was distributed by fax, mail, or direct printing on September 16, 2005 to the parties listed.

---

Stuart J. Canale
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

James Edward Thomas
LAW OFFICE OF JAMES E. THOMAS
One Commerce Square
Ste. 1540
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT