IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| vs. | * | CR. NO. 01-20043-Ml |
| | * | |
| FERLANDIS U. HEROD | * | |

### ORDER HOLDING DEFENDANT FOR REVOCATION HEARING

On September 16, 2005, *Ferlandis Herod* appeared before me on a charge of violation of the terms and conditions of his supervised release in this matter. At that time, the defendant was advised of his rights under FRCrP 5 and 32.1(a)(1). He waived his preliminary hearing.

Accordingly, defendant *Ferlandis Herod* is held to a final revocation hearing before the United States District Judge Jon P. McCalla. It is presumed that the United States District Court will set this matter for a revocation hearing pursuant to FRCrP 32.1(a)(2), and will see that appropriate notices are given.

The defendant is hereby remanded to the custody of the United States Marshals.

IT IS SO ORDERED.

ENTERED this 16th day of September, 2005.

_____
Diane K. Vescovo
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on  9-16-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 31 in case 2:01-CR-20043 was distributed by fax, mail, or direct printing on September 16, 2005 to the parties listed.

---

Stuart J. Canale
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

James Edward Thomas
LAW OFFICE OF JAMES E. THOMAS
One Commerce Square
Ste. 1540
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT