# UNITED STATES DISTRICT COURT
## Western District of Tennessee

FILED BY ule D.C.

05 DEC 19 PM 5:49

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
MEMPHIS

UNITED STATES OF AMERICA
    Plaintiff,

VS.

Case Number 2:01CR20043-01-M

FERLANDIS URBEN HEROD
    Defendant.

## JUDGMENT AND COMMITMENT ORDER
## ON SUPERVISED RELEASE VIOLATION
(For Offenses Committed On or After November 1, 1987)

The defendant, Ferlandis Urben Herod, was represented by James Edward Thomas, Esq.

The defendant, who was convicted on October 20, 1997 in case 2:97CR00020-002 out of the Northern District of Mississippi, and was placed on Supervised Release for a period of three (3) years, has violated the terms of Supervised Release.

It is hereby ORDERED and ADJUDGED that the Supervised Release of the defendant be revoked and that the defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of twenty-four (24) months to be served consecutive to his life sentence in case 3-02-00128-09 out of the Middle District of Tennessee.

FURTHERMORE, the Court hereby vacates the previously imposed period of Supervised Release.

All restitution and other monetary penalties stand as previously imposed.

The defendant is remanded to the custody of the United States Marshal.

Signed this the ___19___ day of December, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

Defendant's SS No.: 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
Defendant's Date of Birth: 10/28/1970
U.S. Marshal No.: 13302-076
Defendant's Mailing Address: 3527 Debbie Drive, Memphis, TN 38127

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 12-20-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 37 in case 2:01-CR-20043 was distributed by fax, mail, or direct printing on December 20, 2005 to the parties listed.

---

James Edward Thomas
LAW OFFICE OF JAMES E. THOMAS
One Commerce Square
Ste. 1540
Memphis, TN 38103

Stuart J. Canale
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT